## THE STATE *vs.* JAMES BOGUE.

Where the right of appeal from the judgment of a justice of the peace to the Court of Common Pleas exists, the judgment of that court is final and conclusive, and no appeal lies from it to this court.

APPEAL from the Court of Common Pleas of Baltimore city.

The appellee in this case, as in the preceding, was proceeded against for a violation of the act of 1854, ch. 138. From the judgment of the justice imposing a penalty of $5 and costs, he appealed to the Court of Common Pleas. That court entertained the appeal and reversed the judgment of the justice. From this judgment of reversal the State appealed.

The cause was argued before LE GRAND, C. J., ECCLESTON, MASON and TUCK, J.

*J. M. Campbell* and *John Nelson* for the appellant, insisted, that the court below had no jurisdiction over the judgment which it reversed, an appeal to it being expressly prohibited by the act of 1854, ch. 138, under which the proceedings were instituted, in which case this court will reverse the judgment. *7 Gill*, 92, *Webster vs. Cockey.*

*Charles H. Pitts* for the appellee, argued that the party had the right to appeal to the Court of Common Pleas. If it be a criminal proceeding the law is in direct violation of the 19th article of the Bill of Rights, which secures to the party in all criminal cases the right of trial by jury. If it be a civil proceeding, the 19th section of the 4th article of the Constitution expressly gives the right of appeal "in *all civil* cases from the judgment of a justice of the peace to the Court of Common Pleas," and any prohibition of this appeal by the act of 1854, ch. 138, is unconstitutional and void. The right of appeal to the Court of Common Pleas existing the judgment of that court is final and not subject to review in this court, and the appeal must therefore be dismissed.

Le Grand, C. J., delivered the opinion of this court.

This is an appeal from the judgment of the Court of Common Pleas, reversing a judgment rendered by a justice of the peace against the appellee in this court for a violation of the act of 1854, chapter 138. We have stated in the case of the *State vs. Mace*, that we think the Constitution gave the right of appeal to the Court of Common Pleas, and, as that court was but in the exercise of its proper jurisdiction when reviewing the decision of the justice, its judgment is final and conclusive, from which no appeal lies to this court, and we therefore accordingly dismiss the appeal.

*Appeal dismissed with costs.*